UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**ARTURO JESUS HERRERA #15410-078**   **CASE NO.  2:20-CV-00659 SEC P**

**VERSUS**   **JUDGE JAMES D. CAIN, JR.**

**UNITED STATES OF AMERICA**   **MAGISTRATE JUDGE KAY**

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 6] of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED, and DECREED** that the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Proceedings. **IT IS FURTHER ORDERED** that the Motion to Run Sentence Concurrent [doc. 3] be **DENIED AS MOOT**.

**THUS DONE AND SIGNED** in Chambers on this 14th day of October, 2020.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE